IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:02CR433 |
| v. | ) | |
| CHAZ TUCKER, | ) | ORDER |
| Defendant. | ) | |

On October 12, 2011, the defendant appeared with counsel for a Disposition hearing on Petition for Warrant for Offender Under Supervision (Filing No. 95). The defendant had admitted allegation 2 of the Petition. The Court found the defendant to be in violation of his conditions of supervised release. The Court then proceeded to the final disposition hearing. Following arguments by counsel for the government and the defendant,

IT IS ORDERED:

1. The defendant is committed to the custody of the Bureau of Prisons for a period of 12 months, with credit for time served since February 21, 2011;

2. Upon completion of the sentence imposed, there will be no supervised release to follow.

3. Allegations 1 and 3 are dismissed.

DATED this 12th day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM
United States District Court Judge

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 20___.

                                                                    _____
                                                                      Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 20____ to _____, with a certified copy of this judgment.

_____ _____
                                                                     UNITED STATES WARDEN

                                                                     By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 20_____.

_____ _____
                                                                     UNITED STATES WARDEN

                                                                     By: _____